IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT YOUNGSTOWN

| | | |
|---|---|---|
| KEVIN M. KRALJ, | : | CASE NO.:  4:06cv00368 |
| Plaintiff, | : | JUDGE ECONOMUS |
| v. | : | |
| BRENDAN P. BYERS, et al., | : | **AGREED ENTRY AND ORDER DISMISSING ALL CLAIMS AGAINST** |
| Defendants. | : | **ALL PARTIES WITH PREJUDICE** |

_____

Upon agreement of all parties except Brendan P. Byers, and for good cause shown, all claims against all parties are in this action are dismissed WITH PREJUDICE.  Each party shall bear its own costs and attorney fees.

s/Peter C. Economus - 7/12/06
_____
UNITED STATES DISTRICT JUDGE


s/Alfred J. Fleming, per tel. auth., s/Boyd W. Gentry
Alfred J. Fleming (0009374)
400 City Centre One
Youngstown, OH 44503
Tel. 330-743-3232
Fax 330-743-3456
*Attorney for Plaintiff*


s/Boyd W. Gentry
Jeffrey C. Turner (0063154)
Boyd W. Gentry (0071057)
SURDYK, DOWD & TURNER CO., L.P.A.
Kettering Tower, Suite 1610
40 N. Main Street
Dayton, Ohio 45423
Tel. (937) 222-2333
Fax (937) 222-1970

1